IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROY ENGLISH,

    Plaintiff,

vs.                            CASE NO.: 5:08-cv-310-SPM-EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 20), which recommends that the decision of the Commissioner be affirmed and that this case be dismissed. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is *adopted* and incorporated by reference in this order.

2. The decision of the Commissioner is *affirmed*.

3. This case is ***dismissed***.

DONE AND ORDERED this <u>third</u> day of December, 2009.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     Chief United States District Judge